### Aaron GARCIA–DELGADO, also known as Aaron Garcia, Petitioner

v.

### Eric H. HOLDER, Jr., U.S. Attorney General, Respondent.

No. 10–60314

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 6, 2011.

Gino Mario Mesa, Esq., Law Office of Gino M. Mesa, Houston, TX, for Petitioner.

Paul Thomas Cygnarowicz, Esq., Tangerlia Cox, Daniel Eric Goldman, Senior Litigation Counsel, Jeffrey Ronald Meyer, Esq., U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent.

Before DAVIS, SMITH and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Aaron Garcia–Delgado, a native and citizen of Mexico, petitions this court for review of an order of the Board of Immigration Appeals (BIA) dismissing his appeal from the immigration judge's denial of his application for cancellation of removal. We lack jurisdiction to consider the BIA's discretionary determination that Garcia–Delgado failed to demonstrate exceptional and unusual hardship. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Sung v. Keisler*, 505 F.3d 372, 377 (5th Cir.2007); *Rueda v. Ashcroft*, 380 F.3d 831, 831 (5th Cir.2004). Although the jurisdiction-stripping provision of § 1252 does not preclude review of constitutional claims and questions of law, *see* § 1252(a)(2)(D); *Sung*, 505 F.3d at 377, Garcia–Delgado does not make any arguments in his brief raising a colorable constitutional claim or a question of law. Because we lack jurisdiction to review the final order of removal, the petition for review is dismissed. *See Rueda*, 380 F.3d at 831.

DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.